**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

─────────────

**No. 03-6905**

─────────────

CLAUDIE RAY COX, JR.,

Plaintiff - Appellant,

versus

GREG GASKINS,

Defendant - Appellee,

and

WAYNE MELTON, Investigator; ALLEN JORDAN;
WAYLAND J. SERMONS, JR.; DENNIS M. KILCOYNE;
BARRY PURSER; DONNIE RAY MUTHERSPAW,

Defendants.

─────────────

Appeal from the United States District Court for the Eastern
District of North Carolina, at Raleigh. Malcolm J. Howard, District
Judge. (CA-01-936-H-5)

─────────────

Submitted: September 9, 2003          Decided: October 22, 2003

─────────────

Before WILLIAMS, KING, and GREGORY, Circuit Judges.

─────────────

Affirmed by unpublished per curiam opinion.

─────────────

Claudie Ray Cox, Jr., Appellant Pro Se. Mark Allen Davis, WOMBLE,
CARLYLE, SANDRIDGE & RICE, Raleigh, North Carolina, for Appellee.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Claudie Ray Cox, Jr., appeals the district court's order denying relief on his 42 U.S.C. § 1983 (2000) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. See Cox v. Gaskins, No. CA-01-936-H-5 (E.D.N.C. June 2, 2003). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED